FILED
2019 Dec-12  PM 04:19
U.S. DISTRICT COURT
N.D. OF ALABAMA

# UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ALABAMA
## NORTHEASTERN DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | } | |
| | } | |
| **v.** | } | **Case No.:  5:08-CR-242-RDP-HNJ-9** |
| | } | |
| **ROBERT MICHAEL EVANS,** | } | |
| | } | |
| **Defendant.** | } | |

## ORDER

This case is before the court on Defendant Robert Evans' Renewed Motion for Compassionate Release Under 18 U.S.C. § 3582(c)(1)(A), (Doc. # 1226).

The court held a telephone conference with counsel for the United States and Defendant Robert Evans on December 11, 2019.  The court held preliminary discussions with counsel on Defendant's current medical condition and treatment options.  As indicated on the record at the conference, counsel for the United States is **DIRECTED** to confer with officials at the Bureau of Prisons where Defendant Evans is incarcerated to determine: 1) the status of the pending transfer of Defendant Evans to a Bureau of Prisons medical facility; and 2) what medical treatment plan and options will be implemented to address Defendant Evans' health conditions during his incarceration at a medical facility, including the timeframe for such treatment.  Counsel for the United States shall submit a report of the above findings to the court **no later than December 20, 2019**.

**DONE** and **ORDERED** this December 12, 2019.

**R. DAVID PROCTOR**
UNITED STATES DISTRICT JUDGE