United States District Court
Northern District of Alabama

| | |
|---|---|
| United States of America,<br><br>Plaintiff,<br><br>v.<br><br>Robert Michael Evans<br><br>Defendant. | Case No. 5:08-cr-242-009 |

### Expedited Motion[1] for Issuance of Rule 17(c) Subpoena

Defendant, Robert Evans ("Evans"), respectfully moves for the expedited issuance of a Rule 17(c) subpoena. The Court may authorize the issuance of a subpoena in relation to a "post-trial motion," like Evans' motion for compassionate release. *See e.g., United States v. Winner*, 641 F.2d 825, 833 (10th Cir. 1981); *see also United States v. Krane*, 625 F.3d 568, 574 (9th Cir. 2010); *Kent v. United of Omaha Life Ins. Co.*, 430 F. Supp. 2d 946, 950 (D. S.D. 2006).

### I. Legal Authority

Evans must show four things for the subpoena to issue: (1) that the information is evidentiary and relevant; (2) that it is not otherwise procurable in advance through the exercise of due diligence; (3) that the party seeking production cannot properly prepare for post-trial motions or sentencing without advance

---

[1] The United States Attorney's Office advised counsel for Evans that they do not take any position on the motion for issuance of a subpoena at this time.

inspection; and (4) that the application is made in good faith and is not simply intended as a general "fishing expedition." *Winner*, 641 F.2d at 833.

It is Evans' burden to demonstrate his entitlement to compassionate release, as the Government notes in its response in opposition to Evans' motion. Moreover, as applied to the potential impact of COVID-19 on Evans, he agrees with the Government that he must demonstrate the potential for harm as applied to him. However, doing so is difficult, if not impossible, without the ability to compel the production of records from the Bureau of Prisons.

## II. COVID-19 Outbreak Rampant Within BOP

Much has changed within the BOP since the Government filed its response to Evans' motion for compassionate release on December 6, 2019. As of April 13, 2020, for example, the BOP is now reporting some 388 confirmed inmate cases of the virus, and 13 inmate deaths. According to the BOP, four inmates incarcerated at the Butner prison complex died from COVID-19 on April 11th and April 12th, 2020.[2] The following information about COVID-19 is taken directly from the BOP's own website:[3]

---

[2] https://www.bop.gov/resources/news/pdfs/20200413_3_press_release_butner.pdf
https://www.bop.gov/resources/news/pdfs/20200413_2_press_release_butner.pdf
https://www.bop.gov/resources/news/pdfs/20200413_2_press_release_butner.pdf
https://www.bop.gov/resources/news/pdfs/20200412_press_release_inmate_death_but_covid19.pdf
[3] https://www.bop.gov/coronavirus/ (last accessed April 13, 2020).

## COVID-19 Cases

As of 04/13/2020, there are **388 federal inmates** and **201 BOP staff** who have confirmed positive test results for COVID-19 nationwide. Currently, **19** inmates and **12** staff have recovered. There have been **13** federal inmate deaths and **0** BOP staff member deaths attributed to COVID-19 disease.

| Inmates Positive ▼ | Staff Positive | Inmate Deaths | Staff Deaths | Facility | City | State |
|---|---|---|---|---|---|---|
| 46 | 17 | 0 | 0 | Lompoc USP | Lompoc | CA |
| 45 | 25 | 3 | 0 | Butner Medium I FCI | Butner | NC |
| 41 | 2 | 0 | 0 | Forrest City Low FCI | Forrest City | AR |
| 39 | 2 | 0 | 0 | Yazoo City Low FCI | Yazoo City | MS |
| 38 | 17 | 6 | 0 | Oakdale I FCI | Oakdale | LA |
| 37 | 32 | 0 | 0 | Danbury FCI | Danbury | CT |
| 24 | 15 | 3 | 0 | Elkton FCI | Lisbon | OH |
| 21 | 15 | 0 | 0 | Milan FCI | Milan | MI |
| 12 | 0 | 0 | 0 | Butner Low FCI | Butner | NC |
| 11 | 3 | 0 | 0 | Atlanta USP | Atlanta | GA |
| 7 | 2 | 0 | 0 | Yazoo City Medium FCI | Yazoo City | MS |
| 6 | 5 | 0 | 0 | Otisville FCI | Otisville | NY |
| 6 | 2 | 0 | 0 | Terminal Island FCI | San Pedro | CA |
| 5 | 0 | 0 | 0 | CORE Services Group, Inc. (RRC) | Brooklyn | NY |
| 5 | 8 | 0 | 0 | New York MCC | New York | NY |
| 4 | 13 | 0 | 0 | Brooklyn MDC | Brooklyn | NY |
| 4 | 2 | 0 | 0 | Forrest City Medium FCI | Forrest City | AR |
| 4 | 2 | 0 | 0 | Fort Dix FCI | Joint Base Mdl | NJ |
| 4 | 0 | 0 | 0 | Fort Worth FMC | Fort Worth | TX |

| Inmates Positive ▼ | Staff Positive | Inmate Deaths | Staff Deaths | Facility | City | State |
|---|---|---|---|---|---|---|
| 4 | 0 | 0 | 0 | Volunteers of America (RRC) | Metairie | LA |
| 3 | 1 | 0 | 0 | Cumberland FCI | Cumberland | MD |
| 2 | 2 | 0 | 0 | Aliceville FCI | Aliceville | AL |
| 2 | 0 | 0 | 0 | Carswell FMC | Fort Worth | TX |
| 2 | 0 | 0 | 0 | Community Education Centers; DBA: CEC (RRC) | Newark | NJ |
| 2 | 0 | 0 | 0 | Dismas House of St. Louis (RRC) | Saint Louis | MO |
| 2 | 0 | 0 | 0 | Oklahoma City FTC | Oklahoma City | OK |
| 2 | 0 | 0 | 0 | Pioneer Human Services; DBA: Pioneer Industries (RRC) | Seattle | WA |
| 1 | 0 | 0 | 0 | Behavioral Systems Southwest, Inc. (RRC) | Phoenix | AZ |
| 1 | 1 | 0 | 0 | Bennettsville FCI | Bennettsville | SC |
| 1 | 1 | 1 | 0 | Butner FMC | Butner | NC |
| 1 | 0 | 0 | 0 | Central Territorial of the Salvation Army; DBA Salvation Army Correctional Ser (RRC) | Chicago | IL |
| 1 | 1 | 0 | 0 | Coleman Low FCI | Sumterville | FL |
| 1 | 0 | 0 | 0 | Community Education Centers; DBA: CEC (RRC) | Philadelphia | PA |
| 1 | 0 | 0 | 0 | Community Solutions, Inc. (RRC) | Wilmington | DE |
| 1 | 1 | 0 | 0 | McCreary USP | Pine Knot | KY |
| 1 | 7 | 0 | 0 | Ray Brook FCI | Ray Brook | NY |
| 1 | 0 | 0 | 0 | Seagoville FCI | Seagoville | TX |
| 0 | 1 | 0 | 0 | Allenwood Medium FCI | White Deer | PA |

| Inmates Positive ▼ | Staff Positive | Inmate Deaths | Staff Deaths | Facility | City | State |
|---|---|---|---|---|---|---|
| 0 | 1 | 0 | 0 | Allenwood USP | Allenwood | PA |
| 0 | 3 | 0 | 0 | Canaan USP | Waymart | PA |
| 0 | 7 | 0 | 0 | Chicago MCC | Chicago | IL |
| 0 | 2 | 0 | 0 | Grand Prairie | Grand Prairie | TX |
| 0 | 1 | 0 | 0 | Leavenworth USP | Leavenworth | KS |
| 0 | 1 | 0 | 0 | Los Angeles MDC | Los Angeles | CA |
| 0 | 1 | 0 | 0 | Memphis FCI | Memphis | TN |
| 0 | 2 | 0 | 0 | Miami FDC | Miami | FL |
| 0 | 1 | 0 | 0 | Southeast RO | Atlanta | GA |
| 0 | 4 | 0 | 0 | Talladega FCI | Talladega | AL |

The seriousness of the situation cannot be overstated. For example, the governor of Ohio has called in the National Guard to assist with the COVID-19 outbreak at FCI Elkton.[4] Congress just days ago found that the BOP is not equipped with appropriate virus testing kits or sufficient personal protective equipment:

(1) PERSONAL PROTECTIVE EQUIPMENT AND TEST KITS.—

(A) FINDINGS.—Congress finds the following:

(i) There is an urgent need for personal protective equipment and test kits to the Bureau based on the density of the inmate population, the high traffic, the high volume of inmates, the high rate of turnover of inmates and personnel, and the number of high-security areas, within the facilities of the Bureau.

---

[4] https://www.clevescene.com/scene-and-heard/archives/2020/04/07/at-elkton-federal-prison-in-ohio-37-inmates-hospitalized-due-to-covid-19-3-dead-71-in-isolation

**Expedited Motion for Issuance of Rule 17(c) Subpoena**  Page 5 of 10

    (ii) The inability of the Bureau to secure the purchase of infectious disease personal protective equipment and related supplies now and in the future is a vulnerability.

    (iii) The Bureau is currently competing in and engaging the same landscape of vendors as all other Federal agencies and private entities.

    (iv) The ability of the Bureau to purchase needed equipment and supplies is currently subject to an individual manufacturer's specific recognition of the Bureau as a priority and subsequent allocation of the inventory of the manufacturer to the Bureau.

*Coronavirus Aid, Relief, and Economic Security Act,* 116 P.L. 136 (2020). And because of the strong potential for BOP facilities to become "petri dishes,"[5] the Attorney General recently issued a directive to the BOP that at-risk prisoners, like Evans, be considered for placement on home confinement. *See* Attachment A.

### III. Specific Subpoena Evans Seeks

Accordingly, consistent with the *Winner* factors, Evans seeks the issuance of the attached subpoena which compels the production of the following records from the Warden at FMC Butner:

- All records reflecting how, as applied to Evans, the institution enables Evans to maintain appropriate social distancing from other inmates while remaining in general population at the institution.

- Records reflecting the total number of COVID-19 tests performed at FMC Butner on inmates and staff to date, broken down by inmate housing unit.

---

[5] https://www.npr.org/sections/coronavirus-live-updates/2020/03/26/822016191/barr-federal-prisons-mustnt-become-petri-dishes-for-coronavirus

- Records reflecting the number of inmates, since March 17, 2020, that have reported symptoms of fever, cough or shortness of breath and whether any such inmates have been tested for COVID-19 at FMC Butner.
- Records reflecting how, as applied to Evans, the institution prevents the spread of COVID-19 notwithstanding the use of shared toilets, showers, and eating environments; and limits on hygiene and personal protective equipment.
- Records reflecting whether hand sanitizer or hand soap dispensers are made available to Evans and other inmates in Evans' housing unit.
- Records reflecting whether Evans and other inmates in her housing unit are required to use communal bar hand soap for hand washing.
- Records reflecting whether Evans and other inmates in her housing unit undergo daily temperature checks.
- Records reflecting the number of working showers and toilets in Evans' housing unit.
- Records reflecting whether Evans and other inmates in his housing unit are issued face masks and if so, what type of masks are issued and how often those masks are replaced.

- Records reflecting whether Evans and other inmates in his housing unit are issued disposable gloves, and if so, how often gloves are replaced.
- Records reflecting whether staff at the institution wear masks and gloves while working around Evans and other inmates in Evans' housing unit, along with how often these gloves and masks are changed by institution staff.

### IV. *Winner* Factors Applied

First, the above requested records are "evidentiary and relevant" because they bear directly on Evans' particular susceptibility and exposure to COVID-19 within his institution. *Winner*, 641 F.2d at 833. Second, these records are in the possession of the BOP and therefore not obtainable by Evans through other means. *Id.*[6]

Third, Evans cannot—as the Government itself argued in its response to Evans' compassionate release motion—properly carry his burden to demonstrate extraordinary and compelling reasons for a reduction in sentence without proper evidentiary support. *Id.* Although Evans believes he has met this burden through his previously filed materials and expert reports Evans is seeking this subpoena with the explicit understanding that the burden remains his to carry to obtain relief. Additionally, contemporaneous with this motion Evans intends to move for

---

[6] To the extent that the Government suggests an informal request would suffice, Evans responds that any informal request is no substitute for a formal discovery procedure backed by the power of a U.S. District Court to enforce compliance with the request.

leave to supplement his motion with materials produced in response to this specific subpoena so he may properly carry his evidentiary burden.

Fourth, the application is made in good faith and not simply a fishing expedition. BOP, according to its own data, demonstrates that the virus is quickly spreading in its institutions. Evans asserts that the requested records, if produced, will help demonstrate the BOP's lack of adequate response to COVID-19, as applied to Evans, and therefore his increased risk of exposure and possible death. To be blunt:

> Evans does not need to wait until he has contracted COVID-19 to demonstrate an entitlement to obtain records that support his request for release.[7]

## V. Conclusion

Wherefore, premises considered, the Court should grant this expedited motion for issuance of Rule 17(c) subpoena.

Respectfully submitted,

/s/ Zachary L. Newland
Zachary L. Newland
Senior Litigation Counsel
**Brandon Sample PLC**
P.O. Box 250
Rutland, Vermont 05702
Phone: (802) 444-4357
Fax:    (802) 779-9590
Email: zach@brandonsample.com
Texas Bar: 24088967
https://brandonsample.com

---

[7]    The ACLU has filed a class action lawsuit against BOP officials at Oakdale, Louisiana seeking the release of vulnerable inmates based on potential for exposure to COVID-19. Some of the allegations in that lawsuit, if true, are quite disturbing. Evans expects the records he seeks will corroborate many of the same kinds of allegations at issue in the class action case—but as applied to Evans at his particular institution.
https://www.laaclu.org/sites/default/files/field_documents/4.6.20_livas_v._myers_et_al._complaint_filed_copy.pdf

## CERTIFICATE OF CONFERENCE

I hereby certify that I attempted to confer with lead counsel for the United States in this matter prior to filing this motion via electronic mail. Counsel for the United States indicated that the U.S. Attorney's Office takes no position at this time on Evans' request to issue the Rule 17(c) subpoena.

/s/ Zachary L. Newland
Zachary L. Newland

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the *Expedited Motion for Issuance of Rule 17(c) Subpoena* was served this 13th day of April 2020, via CM/ECF on Assistant U.S. Attorney Russell Penfield and all other counsel of record.

/s/ Zachary L. Newland
Zachary L. Newland