# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ALABAMA
### NORTHEASTRN DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| **v.** | ) | **5:08-cr-242-RDP-HNJ-9** |
| | ) | |
| **ROBERT MICHAEL EVANS,** | ) | |
| | ) | |
| **Defendant.** | ) | |

## ORDER

This order is entered for the purpose of protecting the right of privacy of those individuals whose names appear in the records provided by the United States Attorney's Office and the Bureau of Prisons in this litigation. The court, having reviewed the government's motion, finds that the records sought are relevant to the issues raised in this case and that the need for the disclosure of these records by the party seeking the disclosure outweighs the potential harm to the subjects of the disclosure. *See Perry State Farm Fire & Casualty Company*, 734 F.2d 1441, 1447 (11th Cir. 1984).

Nevertheless, to avoid unwarranted disclosure of the records, the court, therefore, **ORDERS** as follows:

1. All records sought pursuant to the pending litigation **SHALL** be disclosed by the United States Attorney's Office and/or the Bureau of Prisons to defense counsel, with the exception of any records protected or prohibited from being disclosed by any privilege or by statute or regulation other than the Privacy Act, 5 U.S.C. § 552a.

2. The sole purpose for which these records, or the information contained therein, may be used, disclosed, or disseminated by the parties (including their counsel, or any other person to whom the parties or their counsel disclose the records or information) **SHALL** be for use in this

litigation (including preparation of the case, discovery, court filings in the case, pre-trial matters, hearings, trial, and any appeals). These records and the information contained therein **SHALL NOT** be disseminated or used by the parties (including their counsel, or any other person to whom the parties or their counsel make disclosure) for any other purpose.

      3.    If defense counsel has any questions regarding the operation of this Order, or seeks any modification of it, counsel is **DIRECTED** to consult with the United States Attorney's Office, the Bureau of Prisons, and the Court.

      **DONE** and **ORDERED** this April 30, 2020.

_____  
**R. DAVID PROCTOR**  
UNITED STATES DISTRICT JUDGE