FILED

2020 Apr-30  PM 03:59
U.S. DISTRICT COURT
N.D. OF ALABAMA

AO 247 (Rev. 11/11)   Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)      Page 1 of 2 (Page 2 Not for Public Disclosure)

# UNITED STATES DISTRICT COURT

for the

Northern District of Alabama

| | |
|---|---|
| United States of America<br>v.<br>ROBERT MICHAEL EVANS | )<br>)<br>)<br>)<br>)<br>)<br>) |

Case No:  5:08-cr-242-RDP-HNJ-9

USM No:  _____

Date of Original Judgment:  03/19/2009
Date of Previous Amended Judgment:  _____
*(Use Date of Last Amended Judgment if Any)*

Zachary Lee Newland
*Defendant's Attorney*

## ORDER REGARDING MOTION FOR SENTENCE REDUCTION
## PURSUANT TO 18 U.S.C. § 3582(c)(1)(B)

Upon motion of ☑ the defendant ☐ the Director of the Bureau of Prisons ☐ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion, and taking into account the policy statement set forth at USSG §1B1.10 and the sentencing factors set forth in 18 U.S.C. § 3553(a), to the extent that they are applicable,

**IT IS ORDERED** that the motion is:

☑ DENIED. ☐ GRANTED and the defendant's previously imposed sentence of imprisonment *(as reflected in the last judgment issued)* of _____ months **is reduced to**  N/A _____ .

*(Complete Parts I and II of Page 2 when motion is granted)*

Except as otherwise provided, all provisions of the judgment dated  03/19/2009  shall remain in effect.
**IT IS SO ORDERED**.

Order Date:  3° Avil 2020

Judge's signature

Effective Date: _____
*(if different from order date)*

R. David Procter  U.S.D.J.
*Printed name and title*